# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| DANE LASHLEY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | 5:26-cv-238 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to deny in part and dismiss without prejudice in part Petitioner Dane Lashley's ("Lashley") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and to deny Lashley's Motion for Temporary Restraining Order. Dkt. No. 22. Lashley did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DENY in part** Lashley's § 2241 Petition, **DISMISS without prejudice** Lashley's conditions-of-confinement

claims, and **DENY** Lashley's Motion for Temporary Restraining Order. Dkt. Nos. 1, 3. I **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Lashley *in forma pauperis* status on appeal.

**SO ORDERED**, this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA